OPINION — AG — ** STATE SURPLUS PROPERTY FUND ** STATE BOARD OF PUBLIC AFFAIRS IN ITS SUPERVISION OF THE SURPLUS PROPERTY AGENT AND IN HANDLING AND ACCOUNTING OF MONEYS GOING INTO THE " STATE SURPLUS PROPERTY FUND " FROM ITS TWO STATUTORY COURSES, TWO SEPARATE ACCOUNTS HAVE BEEN SET UP (WAREHOUSE, ERECTING AND EQUIPPING A BUILDING) CITE: 80 O.S.H. 34.3, 80 O.S.H. 34.6 (JAMES C. HARKIN)